**12**

396 P.3d 1150

James MUSCARELLA, Plaintiff-Appellee,

v.

STAR BEACH BOYS, INC.,
Defendant-Appellant,

and

John Does 1-5; Jane Does 1-5; DOE Corporations 1-5; DOE Partnerships 1-5; DOE Non-profit Organizations 1-5; and DOE Governmental Agencies 1-5, Defendants

NO. CAAP-15-0000398

Intermediate Court of Appeals of Hawai'i.

JUNE 30, 2017

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT (CIVIL NO. 13-1-1712)

SUMMARY DISPOSITION ORDER

Affirmed.

396 P.3d 1150

Brian D. BAILEY, Plaintiff-appellant,

v.

Routh Crabtree OLSEN, P.S.; RCO Hawai'i, LLLC; Derek W.C. Wong, Defendants-appellees,

and

DOE Defendants 1-50, Defendants.

NO. CAAP-14-0000874

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, June 22, 2017.

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT (CIVIL NO. 13-1-0849)

SUMMARY DISPOSITION ORDER

Affirm.

396 P.3d 1150

Kenneth S.G.A. LEE, Plaintiff-appellant,

v.

Routh Crabtree OLSEN, P.S.; Derek W.C. Wong, Defendants-appellees,

and

DOE Defendants 1-50, Defendants.

NO. CAAP-14-0001092

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, June 22, 2017.

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT (CIVIL NO. 13-1-0511)

SUMMARY DISPOSITION ORDER

Affirm.